Christian M. Capece,       United States District Court       216-357-7077
Clerk of Court       Northern District of Ohio
Carl B. Stokes US Courthouse
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113-1830

| 03/10/2026 |

ADR Department
801 West Superior Avenue
Cleveland, Ohio 44113

Re: Taylor v. Fatheree, et al.

Case No: 5:25-cv-01129

Response Due: 03/13/2026

**Please return this response form by e-mail at OHND_ADR@ohnd.uscourts.gov or by facsimile at 216-357-7086.**

Upon completion of the required conflict check, the undersigned

     __X__ Accepts Assignment

     _____ Declines Assignment

to serve as mediator in the above referenced case. Federal Court Panelists are required to file electronically. The Court expects all Federal Court Panel members to comply with electronic court filing requirements. The undersigned hereby agrees to electronically file all required notices scheduling the within matter for mediation should they be designated as the mediator in this case.

_Andrew J. Dorman /cbm_
Signature

_Andrew J. Dorman_
Print Name

_3/11/26_
Date

| John F. Seiberling Federal Building and US Courthouse | James M. Ashley and Thomas W.L. Ashley US Courthouse | Thomas D. Lambros Federal Building and US Courthouse |
|---|---|---|
| 2 South Main Street | 1716 Spielbusch Avenue | 125 Market Street |
| Akron, Ohio 44308 | Toledo, Ohio 43604 | Youngstown, Ohio 44503 |
| 330-252-6000 | 419-213-5500 | 330-884-7400 |