IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY TAYLOR | CASE NO.: 5:25-cv-01129 |
| Plaintiff, | |
| | JUDGE PATRICIA GAUGHAN |
| v. | |
| | **MOTION TO DROP PARTY** |
| KANDY FATHEREE, et al., | |
| Defendants. | |

Now comes the Plaintiff, Gregory Taylor, by and through undersigned counsel, and hereby moves the Court, pursuant to Fed. R. Civ. P. 21 for an Order to drop a party from this case and to mark the party as terminated with prejudice from this action in the Court's records.  Plaintiff moves to drop Sheriff Kandy Fatheree as a party Defendant.

Counsel for Defendants do not oppose this Motion.

Respectfully submitted,


**MENDENHALL LAW GROUP**


*/s/ Logan Trombley*
Logan Trombley, 0096858
Warner Mendenhall, 0070165
190 N. Union St., Suite 201
Akron, OH 44304
(330) 535-9160; f (330) 762-9743
logan@warnermendenhall.com
warner@warnermendenhall.com

*Attorneys for Plaintiff*

1

**ELLIOT KOLKOVICH**
Prosecuting Attorney

*/s/ John Christopher Reece*
JOHN CHRISTOPHER REECE  (0042573)
MARRETT W. HANNA, (0065689)
*Counsel for Kandy Fatheree and Summit County*
Assistant Prosecuting Attorney
Summit County Safety Building
53 University Avenue
Akron, Ohio  44308
(330) 643-8577 fax (330) 643-8540
jreece@prosecutor.summitoh.net
mhanna@prosecutor.summitoh.net

*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was sent via the court's electronic filing system to all attorneys on record in the case on July 1, 2026.


*/s/ Logan Trombley*
Logan Trombley, 0096858

2