IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY TAYLOR | CASE NO.: 5:25-cv-01129 |
| Plaintiff, | JUDGE PATRICIA GAUGHAN |
| v. | |
| KANDY FATHEREE, et al., | **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Please take notice that, pursuant to Fed. R. Civ. P. 41(A)(l)(a), Plaintiff, Gregory Taylor, hereby dismiss all claims in his Complaint alleged against Defendants Summit Count and Kandy Fatheree with prejudice, and each party is to bear its own costs.

Respectfully submitted,

MENDENHALL LAW GROUP

*/s/ Logan Trombley*
Logan Trombley, 0096858  190
N. Union St., Suite 201 Akron,
OH 44304
(330) 535-9160; f (330) 762-9743
logan@warnermendenhall.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was sent via the court's electronic filing system to all attorneys on record in the case on July 1, 2026.


*/s/ Logan Trombley*
Logan Trombley, 0096858